99 A.3d 529

**COMMONWEALTH Of Pennsylvania, Petitioner**

**v.**

**Antonio VAZQUEZ, Respondent.**

Supreme Court of Pennsylvania.

Sept. 3, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2014, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Superior Court to reconsider in light of our opinion in

*Commonwealth v. Wallace*, 626 Pa. 362, 97 A.3d 310 (2014), currently available at 2014 WL 3579692.